UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 08-51207 |
| EAST CAMERON PARTNERS, L.P. | CHAPTER 11 |
| DEBTOR | CHIEF JUDGE ROBERT SUMMERHAYS |
| EAST CAMERON PARTNERS, L.P., | ADV. PROC. 10-05014 |
| PLAINTIFF | |
| VERSUS | |
| OPEN CHOKE EXPLORATION, L.L.C., & OPEN CHOKE ENERGY, L.L.C. | |
| DEFENDANTS | |

## ANSWER AND DEFENSES

**NOW INTO COURT**, through undersigned counsel, comes Open Choke Exploration, L.L.C. ("*OCX*"), who files the following answer and defenses to the Complaint of East Cameron Partners, L.P. (the "*Complaint*") (Doc. #1). OCX asserts the following defenses and exceptions:

A.

Without admitting the allegations contained in the Complaint, OCX is entitled to the protections of 11 U.S.C. § 548(c).

B.

Without admitting the allegations contained in the Complaint, East Cameron Partners, L.P. ("*ECP*") has failed to state claims upon which relief may be granted.

Page 1 of 17

## C.

Without admitting the allegations contained in the Complaint, the claims and demands asserted in the Complaint are barred by the doctrine of laches, estoppel, consent, compensation, payment, waiver, unconscionability, sett-off, discharge or reduction, extinguishment in any manner, the unclean hands doctrine, unjust enrichment, and any other matter constituting an affirmative defense which may be proven at trial in this action or as further investigation through discovery may warrant.

## D.

To the extent any affirmative defense pled herein are contradictory, mutually exclusive or otherwise inconsistent, such contradictory, mutually exclusive or inconsistent affirmative defenses are pleaded in the alternative.

## E.

OCX specifically and expressly reserves any and all rights, remedies, and resolutions in any way related to the Complaint, or the claims asserted thereunder, as against the plaintiff, ECP, and any and all successors and/or assignees of the plaintiff, ECP.

**NOW**, responding to the specific allegations of the numbered paragraphs of the Complaint, OCX states as follows:

## 1.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 1 of the Complaint and, on that basis, denies the allegations.

2.

OCX is aware that ECP filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***") on October 16, 2008, which commenced bankruptcy case no. 08-51207 (the "***Bankruptcy Case***") in the United States Bankruptcy Court for the Western District of Louisiana, Lafayette Division (the "***Bankruptcy Court***").  Any other factual allegation or legal conclusion contained in Paragraph 2 of the Complaint is denied.

3.

OCX is aware that Goldking Energy Capital Management, L.L.C. ("***Goldking***") was appointed as ECP's chief restructuring officer in the Bankruptcy Case on May 18, 2009.  Any other factual allegation or legal conclusion contained in Paragraph 3 of the Complaint is denied.

4.

Admitted.

5.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 5 of the Complaint and, on that basis, denies the allegations.

6.

The statement contained in Paragraph 6 of the Complaint is a legal conclusion.  However, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 6 of the Complaint.

7.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 7 of the Complaint and, on that basis, denies the allegations.

8.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 8 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 8 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 8 of the Complaint.

9.

The statement contained in Paragraph 9 of the Complaint is a legal conclusion. However, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 9 of the Complaint.

10.

The statement contained in Paragraph 10 of the Complaint is a legal conclusion. However, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 10 of the Complaint.

11.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 11 of the Complaint and, on that basis, denies the allegations.

12.

To the extent that any allegation contained in Paragraph 12 of the Complaint refers to any written document, OCX asserts that any such document speaks for itself and is the best evidence of its contents. Any other factual allegation or legal conclusion contained in Paragraph 12 of the Complaint is denied.

13.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 13 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 13 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 13 of the Complaint.

14.

Paragraph 14 of the Complaint contains legal conclusions. To the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 14 of the Complaint.

15.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 15 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 15 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 15 of the Complaint.

16.

To the extent that any allegation contained in Paragraph 16 of the Complaint refers to any written document, OCX asserts that any such document speaks for itself and is the best evidence of its contents. Answering further, OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 16 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 16 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 16 of the Complaint.

17.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 17 of the Complaint and, on that basis, denies the allegations.

18.

To the extent that any allegation contained in Paragraph 18 of the Complaint refers to any written document, OCX asserts that any such document speaks for itself and is the best evidence of its contents. Answering further, OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 18 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 18 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 18 of the Complaint.

19.

To the extent that any allegation contained in Paragraph 19 of the Complaint refers to any written document, OCX asserts that any such document speaks for itself and is the best evidence of its contents. Answering further, Paragraph 19 of the Complaint contains legal conclusions. To the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 19 of the Complaint.

20.

To the extent that any allegation contained in Paragraph 20 of the Complaint refers to any written document, OCX asserts that any such document speaks for itself and is the best evidence of its contents. Answering further, OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 20 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 20 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 20 of the Complaint.

21.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 21 of the Complaint and, on that basis, denies the allegations.

22.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 22 of the Complaint and, on that basis, denies the allegations.

23.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 23 of the Complaint and, on that basis, denies the allegations.

24.

To the extent that any allegation contained in Paragraph 24 of the Complaint refers to any written document, OCX asserts that any such document speaks for itself and is the best evidence of its contents. Answering further, OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 24 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 24 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 24 of the Complaint.

25.

Paragraph 25 of the Complaint contains legal conclusions. To the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 25 of the Complaint.

26.

To the extent that any allegation contained in Paragraph 26 of the Complaint refers to any written document, OCX asserts that any such document speaks for itself and is the best evidence of its contents. Answering further, OCX is the farmee under a Farmout Agreement dated November 28, 2007 (the "*Farmout*"), whereby OCX was granted by the debtor a farmout over certain acreage below certain debt. The Farmout was accompanied by the ancillary agreements,

documents, insurance coverage and certifications, all as required by that certain production, delivery and marketing agreement between the ECP and Louisiana Offshore Holdings, L.L.C., dated effective July 5, 2006, particularly, without limitation Section 16, Subsection L of such agreement. Answering further, OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of any other factual allegations contained in Paragraph 26 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 26 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any other factual allegation or legal conclusion contained in Paragraph 26 of the Complaint.

27.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 27 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 27 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 27 of the Complaint.

28.

To the extent that any allegation contained in Paragraph 28 of the Complaint refers to any written document, OCX asserts that any such document speaks for itself and is the best evidence of its contents. Answering further, OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 28 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 28 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a

response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 28 of the Complaint.

29.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 29 of the Complaint and, on that basis, denies the allegations.

30.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 30 of the Complaint and, on that basis, denies the allegations.

31.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 31 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 31 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 31 of the Complaint.

32.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 32 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 32 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 32 of the Complaint.

33.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 33 of the Complaint and, on that basis, denies the allegations.

34.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 34 of the Complaint and, on that basis, denies the allegations.

35.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 35 of the Complaint and, on that basis, denies the allegations.

36.

OCX re-adopts and re-asserts the answers and defenses set forth in Paragraphs A-E and Paragraph 1-35 of this Answers and Defenses as though copied herein *in extenso*.

37.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 37 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 37 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 37 of the Complaint.

38.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 38 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 38 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 38 of the Complaint.

39.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 39 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 39 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 39 of the Complaint.

40.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 40 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 40 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 40 of the Complaint.

41.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 41 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 41 of the Complaint also appears to contain

legal conclusions.  For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 41 of the Complaint.

42.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 42 of the Complaint and, on that basis, denies the allegations.  Answering further, Paragraph 42 of the Complaint also appears to contain legal conclusions.  For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 42 of the Complaint.

43.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 43 of the Complaint and, on that basis, denies the allegations.  Answering further, Paragraph 43 of the Complaint also appears to contain legal conclusions.  For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 43 of the Complaint.

44.

OCX re-adopts and re-asserts the answers and defenses set forth in Paragraphs A-E and Paragraph 1-44 of this Answers and Defenses as though copied herein *in extenso*.

45.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 45 of the Complaint and, on that basis, denies the allegations.  Answering further, Paragraph 45 of the Complaint also appears to contain legal conclusions.  For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 45 of the Complaint.

48.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 48 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 48 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 48 of the Complaint.

49.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 49 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 49 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 49 of the Complaint.

50.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 50 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 50 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 50 of the Complaint.

51.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 51 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 51 of the Complaint also appears to contain

legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 51 of the Complaint.

52.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 52 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 52 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 52 of the Complaint.

53.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 53 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 53 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 53 of the Complaint.

54.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 54 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 54 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 54 of the Complaint.

55.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 55 of the Complaint and, on that basis,

denies the allegations. Answering further, Paragraph 55 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 55 of the Complaint.

56.

OCX is without knowledge or information sufficient to justify a belief as to the truth or falsity of the factual allegations contained in Paragraph 56 of the Complaint and, on that basis, denies the allegations. Answering further, Paragraph 56 of the Complaint also appears to contain legal conclusions. For this additional reason, to the extent a response is required, OCX denies any factual allegation or legal conclusion contained in Paragraph 56 of the Complaint.

57.

To the extent a response is required to ECP's reservation of rights in the Complaint, OCX denies that ECP is entitled to the relief requested in the reservation of rights in the Complaint.

I.

To the extent a response is required to the prayer for relief in the Complaint, OCX denies that ECP is entitled to the relief requested in the prayer for relief.

**WHEREFORE**, the OCX prays for judgment herein after due proceeding, that

1. This Court dismiss ECP's claims and demands contained in the Complaint;

2. ECP take nothing by this action and its claims and demands be dismissed with prejudice at ECP's cost;

3. OCX be awarded all attorneys' fees, costs, and expenses incurred herein; and

4. OCX be awarded all other general, legal, or equitable relief as this Court may deem appropriate.

By: **/s/ Louis M. Phillips**

**GORDON, ARATA, McCOLLAM,
  DUPLANTIS & EAGAN, L.L.P.**

Louis M. Phillips (La. Bar No. 10505)
Peter A. Kopfinger (La. Bar No. 20904)
Ryan J. Richmond (La. Bar No. 30688)

One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70825
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: lphillips@gordonarata.com
Email: pkopfinger@gordonarata.com
Email: rrichmond@gordonarata.com

***Attorneys for the Defendant,
Open Choke Exploration, L.L.C.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March 2010 I have served a copy of the above the foregoing Answer and Defenses was served on counsel for the Plaintiff by Notice of Electronic Filing through the Court's Electronic Case Management System.

**/s/ Louis M. Phillips**
Louis M. Phillips (La. Bar No. 10505)